| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL YBARRONDO, on Behalf of Himself and All Others Similarly Situated, | ) ) ) | Civil No. 05cv2057-L(JMA) |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION FOR APPROVAL OF CLASS COUNSEL'S ATTORNEYS' FEES, COSTS AND EXPENSES** |
| v. | ) ) | |
| NCO FINANCIAL SYSTEMS, INC., and DOES 1-25, inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

In this unfair debt collection action, the court approved class action certification and settlement on October 28, 2009. Judgment was entered the same day. The Second Amended Class Action Settlement Agreement ("Settlement") provides for class counsel's attorney's fees, costs and expenses of ligation as awarded by the court. (Settlement ¶ 28.) The fees, costs and expenses are not *per se* a part of the Settlement and are not paid out the settlement fund received by the class members. (*Id*. ¶ 30.) After the entry of final judgment, the parties agreed on $65,000 as the appropriate amount for class counsel's fees, costs and expenses of litigation. (Decl. of Steven A. Wickman dated Nov. 10, 2009 ¶ 11.) Subsequently, Plaintiff filed the instant motion for approval of class counsel's fees, costs and expenses and Defendant filed a statement of non-opposition.

Federal Rule of Civil Procedure 23(h) provides that reasonable attorneys' fees and

nontaxable costs may be awarded in a certified class action.  "One fundamental focus is the result actually achieved for class members." Rule 23(h), Advisory Committee Note, 2003 Amendments.  The Fair Debt Collection Practices Act provides for attorney's fees and costs to the party successfully enforcing the law.  15 U.S.C. § 1692k(a)(3).  Under a statute such as this, the court calculates attorney's fee awards using the lodestar method. *Staton v. Boeing Co.*, 327 F.3d 938, 965 (9th Cir. 2003).

Upon review of the affidavits, including billing sheets and summary of costs and expenses, filed in support of the motion and considering that the class counsel achieved a substantial result for the class (*see* Order Granting Joint Motion for Final Approval of Class Action Settlement, filed Oct. 28, 2009 at 8), the court finds that a $65,000 award for class counsel's fees, costs and expenses of litigation  is reasonable.

For the foregoing reasons, Plaintiff's Motion for Approval of Agreed Attorneys' Fees, Costs and Expenses is **GRANTED**.  Defendant shall pay $65,000 in attorneys' fees, costs and litigation expenses to class counsel Steven A. Wickman and Christina E. Wickman.  Payment shall be made consistent with Paragraph 28 of the Settlement.

**IT IS SO ORDERED**.

DATED:  December 1, 2009

M. James Lorenz
United States District Court Judge